# United States Court of Appeals
## For the First Circuit

———————

No. 23-1798

UNITED STATES,

Appellee,

v.

OSMERLIN CARRION-CORDONES, a/k/a Osmerge Cordones,

Defendant - Appellant.

No. 23-1805

UNITED STATES,

Appellee,

v.

JASON CHAVEZ,

Defendant - Appellant.

———————

### ORDER OF COURT

Entered: December 17, 2024

The government's unopposed motion to stay and/or extend the briefing schedule is resolved as follows: the motion to stay is denied but the government's time to file its brief is extended by thirty days from the date of this order.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ramon Manuel Gonzalez-Santiago
Osmerlin Carrion-Cordones
Max J. Pérez-Bouret
Mariana E. Bauzá Almonte
Vanessa Elsie Bonhomme
Maarja Tiganik Luhtaru
Camille Garcia-Jiménez
Antonio L. Pérez-Alonso
Linet Suárez
Antonio L. Bisbal-Bultrón
Jason Chavez