# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## APPEAL NOS. 23-1798 & 23-1805

**UNITED STATES,**
Appellee,

v.

**OSMERLIN CARRION-CORDONES, a/k/a: Osmerge Cordones,
JASON CHAVEZ,**
Defendants – Appellants.

---

## UNITED STATES' MOTION TO CLARIFY ITS REMAND REQUEST FOR RESENTENCING

---

**TO THE HONORABLE COURT:**

The United States moved this Court to remand Defendants-Appellants Osmerlin Carrión-Cordones's and Jason Chavez's cases for resentencing. The United States files this motion to clarify that its remand motion does not preclude the district court from accounting for the decrease in the base offense level calculation under U.S.S.G. § 2D1.1(a)(5). In addition, after the appeal was filed in this case, the district court reduced both Appellants' sentences based on the now-effective retroactive guideline amendment for zero-point offenders. (DE 331 (granting Chavez's motion to reduce sentence); DE 370 (approving the request for indicative ruling and granting

Carrión's motion to reduce sentence). Upon resentencing, the district court would be able to also account for these retroactive adjustments. *See United States v. Maldonado-Ríos*, 790 F.3d 62, 64-65 (1st Cir. 2015) (explaining that the district court lacks jurisdiction to grant motions under 18 U.S.C. § 3582(c) when an appeal is pending but may issue an indicative ruling reflecting the same).

**WHEREFORE**, it is respectfully requested that this Honorable Court of Appeals take notice of this motion to clarify the government's previously filed remand request for resentencing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of March 2025.

> W. Stephen Muldrow
> United States Attorney
>
> Mariana E. Bauzá-Almonte
> Assistant United States Attorney
> Chief, Appellate Division
>
> /s/Maarja T. Luhtaru
> Assistant United States Attorney
> United States Attorney's Office
> Torre Chardón, Suite 1201
> 350 Carlos Chardón Avenue
> San Juan, Puerto Rico 00918
> Tel (787) 766-5656

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on March 19, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification to the appellants.

<u>/s/ Maarja T. Luhtaru</u>
Assistant United States Attorney
